UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------X
FELIPE RODRIGUEZ,                 :
                                  :
          Plaintiff,              :
                                  :
     v.                           :   Civ. No. 3:08CV00089(AWT)
                                  :
OFFICER WILLIAM CICCOSANTI        :
and OFFICER WILLIAM OAKLEY,       :
                                  :
          Defendants.             :
----------------------------------X

### VERDICT FORM WITH SPECIAL INTERROGATORIES

WE THE JURY UNANIMOUSLY FIND AS FOLLOWS:

I.   **42 U.S.C. § 1983 and Connecticut Constitution: False Arrest**

   **A. Liability**

   With respect to each of the defendants, has the plaintiff, Felipe Rodriguez, proven by a preponderance of the evidence his claim that that defendant falsely arrested him, i.e., arrested him without probable cause?

   William Ciccosanti      √  Yes      ___ No

   William Oakley         ___ Yes      √  No

   If you answered "No" in Part I.A. as to <u>both</u> defendants, proceed to Part II.  Otherwise, proceed to Part I.B.

   **B. Special Interrogatories**

   1.  Has defendant William Ciccosanti proven by a preponderance of the evidence that he was granted permission to enter the Rodriguez residence prior to entering the home?

       ___ Yes      √  No



2. Has defendant William Ciccosanti proven by a preponderance of the evidence that he did not take the gun to Anthony Clark's home?

  \_\_\_\_\_ Yes    ✓ No

3. Has defendant William Ciccosanti proven by a preponderance of the evidence that he did not falsely attribute to the plaintiff, Felipe Rodriguez, in the incident report, a statement whereby the plaintiff admitted to retrieving his gun during the incident with Anthony Clark?

  \_\_\_\_\_ Yes    ✓ No

Proceed to Part II.

## II. Intentional Infliction of Emotional Distress

With respect to each of the defendants, has the plaintiff, Felipe Rodriguez, proven by a preponderance of the evidence his claim for intentional infliction of emotional distress?

William Ciccosanti    ✓ Yes    \_\_\_\_\_ No

William Oakley    \_\_\_\_\_ Yes    ✓ No

Proceed to Part III.

## III. Malicious Prosecution

With respect to each of the defendants, has the plaintiff, Felipe Rodriguez, proven by a preponderance of the evidence his claim for malicious prosecution?

William Ciccosanti    \_\_\_\_\_ Yes    ✓ No

William Oakley    \_\_\_\_\_ Yes    ✓ No

Proceed to Part IV.

2

IV. **If No Liability**

If you have concluded that no defendant is liable to the plaintiff under any of his claims, proceed to Part VII. Otherwise, proceed to Part V.

V. **Compensatory Damages/Nominal Damages**

A. With respect to each defendant you find to be liable to the plaintiff, has the plaintiff proven by a preponderance of the evidence that he sustained compensatory damages as a result of the wrongful conduct of that defendant?

> Please note: If you find that a defendant is not liable to the plaintiff, **do not** respond to this question for **that** defendant.

William Ciccosanti        √ Yes        ___ No

William Oakley            ___ Yes      √ No

B. If your answer to Part V.A. is "Yes" as to either defendant, what is the total amount of compensatory damages you determine to be fair, just and reasonable?

Compensatory Damages     $ 55,000

C. If you only answered "No" in Part V.A because you have found a violation of the plaintiff's rights under the United States Constitution but determined that the plaintiff suffered no compensatory damages, you must award nominal damages in the amount of one dollar ($1.00). Please enter that amount.

Nominal Damages     $ 0

Proceed to Part VI.

3

**VI. Punitive Damages**

With respect to each defendant, if you find that that defendant is liable to the plaintiff under any claim for compensatory or nominal damages, do you also find that, because of that defendant's conduct, he is liable for punitive damages?

> Please note: If you find that a defendant is not liable to the plaintiff, **do not** respond to this question for **that** defendant.

William Ciccosanti   ____ Yes     If Yes, please enter
                     √ No         the amount: $ _____

William Oakley       ____ Yes     If Yes, please enter
                     √ No         the amount: $ _____

Proceed to Part VII.

**VII. You have now completed your deliberations. Please sign and date this form.**

Dated at Hartford, Connecticut, this 17th day of June 2011.

/s/
_____
FOREPERSON

4